O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLYN ROSCHEWSKI,<br><br>        Plaintiff,<br><br>   v.<br><br>RATHEON COMPANY,<br><br>        Defendants. | Case No. EDCV 08-00341-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 21, 2010

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge